# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| MARK R. THOMPSON; BETH A. THOMPSON,<br><br>  *Plaintiffs-Appellants*,<br><br>  *v.*<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>  *Defendant-Appellee*. | No. 18-1559 |

## DEFENDANT-APPELLEE'S MOTION FOR LEAVE TO FILE AN AMENDED PETITION

Defendant-Appellee JPMorgan Chase Bank, N.A. (Chase) hereby moves for leave to file an amended petition for rehearing and/or rehearing en banc in this matter. The proposed amended petition accompanies this motion.

Chase filed a timely petition for rehearing and/or rehearing en banc in this matter on Monday, March 25. On the understanding that Local Rule 46.0(a)(2) does not prohibit an attorney who is not a member of the bar of this Court from appearing on a brief as long as that attorney is not counsel of record, Chase's petition included the names of two attorneys who are not members of the bar. Chase has now been informed that, at the panel rehearing stage, the Court's practice is not to permit such attorneys to appear on briefs and motions. Chase accordingly moves for leave to submit an amended petition for rehearing and/or rehearing en banc in this matter for the sole purpose of excluding the names of

attorneys who are not members of the bar of this Court. The amended petition attached to this motion does not reflect any substantive changes to the petition that Chase timely filed on Monday, March 25, 2019.

Counsel for plaintiffs does not oppose the relief sought in this motion.

March 28, 2019

Respectfully submitted,

/s/ Alan E. Schoenfeld
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
alan.schoenfeld@wilmerhale.com

## CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A), because, according to the word-count feature of the word-processing program with which it was prepared (Microsoft Word), the motion contains 211 words, excluding the portions exempted by Federal Rule of Appellate Procedure 32(f).

/s/ Alan E. Schoenfeld
ALAN E. SCHOENFELD

# CERTIFICATE OF SERVICE

On the 28th day of March, 2019, I electronically filed the foregoing motion using the Court's appellate CM/ECF system. Counsel for all parties to these appeals (set forth below) are registered CM/ECF users and will be served by that system.

    Todd Steven Dion
    Law Offices of Todd S. Dion, Esq.
    15 Cottage Ave, Suite 202
    Quincy, MA 02169
    toddsdion@msn.com

/s/ Alan E. Schoenfeld
ALAN E. SCHOENFELD